**No. 45289.**—Protests 766315–G, etc., of Jos. S. Finch & Co. et al. (Pittsburgh, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45290.**—Protests 777760–G, etc., of Ashcraft-Wilkinson Co. et al. (Baltimore, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45291.**—Protests 824240–G, etc., of Latorraca Bros. et al. (New York).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45292.**—Protests 993589–G, etc., of Daggett Chocolate Co. et al. (Boston).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45293.**—Protests 982691–G, etc., of Lamborn & Co. et al. (Cleveland, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45294.**—Protests 951230–G, etc., of Polk Musical Supply Co. et al. (Savannah, etc.).

Opinion by EVANS, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, JANUARY 25, 1941

**No. 45295.**—Petition 5924–R of New York Merchandise Co., Inc. (Los Angeles).

Opinion by EVANS, J. It was held that while the testimony of the employee of the petitioner was not very satisfactory nevertheless it appeared that the Government did not receive any information as to a higher price for the merchandise until after the entry had been made and there was nothing to show that this information was available to the importer. On the record it was found that there was no intent to defraud or deceive the Government. The petition was therefore granted.

**No. 45296.**—Petitions 6078–R, etc., of Osaki Shoten, Ltd. (Honolulu).

Opinion by EVANS, J. The petitions were dismissed as improperly filed.